# CARELLA, BYRNE, CECCHI, OLSTEIN, BRODY & AGNELLO, P.C.
## COUNSELLORS AT LAW

| | | | | |
|---|---|---|---|---|
| CHARLES C. CARELLA | JAMES T. BYERS | **5 BECKER FARM ROAD** | RICHARD K. MATANLE, II | RAYMOND J. LILLIE |
| BRENDAN T. BYRNE | DONALD F. MICELI | **ROSELAND, N.J. 07068-1739** | FRANCIS C. HAND | WILLIAM SQUIRE |
| PETER G. STEWART | A. RICHARD ROSS | **PHONE (973) 994-1700** | AVRAM S. EULE | ALAN J. GRANT° |
| ELLIOT M. OLSTEIN | KENNETH L. WINTERS | **FAX (973) 994-1744** | RAYMOND W. FISHER | RAYMOND E. STAUFFER° |
| ARTHUR T. VANDERBILT, II | JEFFREY A. COOPER | www.carellabyrne.com | | STEPHEN R. DANEK |
| JAN ALAN BRODY | CARL R. WOODWARD, III | | OF COUNSEL | ERIC MAGNELLI |
| JOHN M. AGNELLO | MELISSA E. FLAX | | | DONALD A. ECKLUND |
| CHARLES M. CARELLA | DENNIS F. GLEASON | | | VINCENZO M. MOGAVERO |
| JAMES E. CECCHI | DAVID G. GILFILLAN | | | AUDRA E. PETROLLE |
| | G. GLENNON TROUBLEFIELD | | | °MEMBER N.Y. BAR ONLY |
| | BRIAN H. FENLON | | | |
| JAMES D. CECCHI (1933-1995) | KHOREN BANDAZIAN | | | |
| JOHN G. GILFILLAN III (1936-2008) | LINDSEY H. TAYLOR | | | |

July 11, 2011

<u>VIA ECF</u>

Honorable Michael A. Shipp
United States Magistrate Judge
United States District Court
Martin Luther King, Jr. Federal Building
50 Walnut Street
Newark, New Jersey 07101

      Re:   *Botton v. Ness Technologies, Inc., et al.*
            <u>Civil Action 11-3950 (SRC)(MAS)</u>

Dear Judge Shipp:

      We represent the Plaintiff, Nissim Botton, in the above referenced matter. In furtherance of our prior letter request for expedited discovery, we enclose a proposed scheduling order for expedited discovery and the filing of a preliminary injunction application, and a brief outlining deficiencies in the preliminary proxy statement which Ness Technologies has filed with the SEC. At present, we have no information as to when Ness intends to send a final proxy statement to shareholders to solicit votes on the proposed acquisition. If it is Ness' intention to solicit shareholder votes prior to the time that this schedule envisions discovery and a preliminary injunction application being heard by the Court, the schedule will obviously need to be modified accordingly.

      As with our July 11, 2011 letter, we are providing copies of this letter and the enclosures to counsel for Defendants. We respectfully request a telephone conference with the Court at your earliest convenience, and we will advise Defendants' counsel of the Court's availability to discuss these matters.

Honorable Michael A. Shipp
July 15, 2011
Page 2

      We appreciate the Court's attention to this urgent matter and remain available at Your Honor's convenience.

Respectfully submitted,

CARELLA, BYRNE, CECCHI,
OLSTEIN, BRODY & AGNELLO, P.C.

/s/ James E. Cecchi

JAMES E. CECCHI

cc:    Juan E. Monteverde, Esq.
        Scott A. Bursor, Esq.
        Thomas Fleming, Esq.
        John Donovan, Esq.
        Carmine Boccuzzi, Esq.