Robert J. Del Tufo
Andrew Muscato
SKADDEN, ARPS, SLATE,
  MEAGHER & FLOM LLP
(A Delaware Limited Liability Partnership)
Four Times Square
New York, New York  10036
Tel.:  (212) 735-3000
Fax:  (212) 735-2000
Andrew.Muscato@skadden.com
Robert.DelTufo@skadden.com

Attorneys for Defendants
Ness Technologies, Inc., Satyam C. Cherukuri,
Issachar "Sachi" Gerlitz, Morris Wolfson,
Dan S. Suesskind, P. Howard Edelstein
and Gabriel Eichler

## UNITED STATES DISTRICT COURT
## DISTRICT OF NEW JERSEY

| | | |
|---|---|---|
| NISSIM BOTTON, On Behalf of Himself and All Others Similarly Situated, | : : : | |
| Plaintiff, | : : : | |
| v. | : : : | C.A. No.: 2:11-cv-03950(SRC)(MAS) |
| NESS TECHNOLOGIES, INC., AHARON FOGEL, AJIT BHUSHAN, SATYAM C. CHERUKURI, SASHI GERLITZ, P. HOWARD EDELSTEIN, GABRIEL EICHLER, DAN S. SUESSKIND, MORRIS WOLFSON, CITI VENTURE CAPITAL INTERNATIONAL, JERSEY HOLDING CORPORATION, AND JERSEY ACQUISITION CORPORATION, | : : : : : : : : : : | **CERTIFICATION OF ANDREW MUSCATO IN SUPPORT OF THE PSLRA AUTOMATIC STAY AND IN OPPOSITION TO PLAINTIFF'S MOTION TO EXPEDITE DISCOVERY** |
| Defendants. | : | |

ANDREW MUSCATO hereby certifies that:

1. I am counsel with the law firm of Skadden, Arps, Slate, Meagher & Flom LLP,

counsel for Defendants Ness Technologies, Inc., Satyam C. Cherukuri, Issachar "Sachi" Gerlitz, Morris Wolfson, Dan S. Suesskind, P. Howard Edelstein and Gabriel Eichler (collectively, the "Ness Defendants") in the above captioned action.  I submit this Certification in support of the PSLRA Automatic Stay and In Opposition to Plaintiff's Motion to Expedite Discovery.

2. I have attached hereto as Exhibit A, Ness Technologies, Inc., Proxy Statement (Schedule 14A) (June 30, 2011).

3. I have attached hereto as Exhibit B, the Delaware Plaintiff's First Request for the Production of Documents and Things to Defendant Ness Technologies, Inc. and the Individual Defendants, dated July 14, 2011.

4. I have attached hereto as Exhibit C, the transcript of the ruling on motion to expedite in *Steamfitters Local Union 447 ex rel. inVentive Health, Inc. v. Walter*, C.A. No. 5492-CC (Del. Ch. June 21, 2010).

5. I certify under penalty of perjury that the foregoing is true and correct.

Executed on July 20, 2011

> */s/ Andrew Muscato*
> Andrew Muscato

2