Robert J. Del Tufo
Andrew Muscato
SKADDEN, ARPS, SLATE,
  MEAGHER & FLOM LLP
(A Delaware Limited Liability Partnership)
Four Times Square
New York, New York  10036
Tel.:  (212) 735-3000
Fax:  (212) 735-2000
Robert.DelTufo@skadden.com
Andrew.Muscato@skadden.com

Attorneys for Defendants
Ness Technologies Inc., Satyam C. Cherukuri,
Issachar "Sachi" Gerlitz, Morris Wolfson,
Dan S. Suesskind, P. Howard Edelstein
and Gabriel Eichler

# UNITED STATES DISTRICT COURT
# DISTRICT OF NEW JERSEY

| | | |
|---|---|---|
| NISSIM BOTTON, On Behalf of Himself and All Others Similarly Situated, | : : : | |
| Plaintiff, | : : : | |
| v. | : : : | C.A. No.: 2:11-cv-03950(SRC)(MAS) |
| NESS TECHNOLOGIES, INC., AHARON FOGEL, AJIT BHUSHAN, SATYAM C. CHERUKURI, SASHI GERLITZ, P. HOWARD EDELSTEIN, GABRIEL EICHLER, DAN S. SUESSKIND, MORRIS WOLFSON, CITI VENTURE CAPITAL INTERNATIONAL, JERSEY HOLDING CORPORATION, AND JERSEY ACQUISITION CORPORATION, | : : : : : : : : : : | **Oral Argument Requested**<br><br>**NOTICE OF MOTION**<br>**TO DISMISS THE COMPLAINT** |
| Defendants. | : | |

TO: James E. Cecchi, Esq.
Lindsey H. Taylor, Esq.
CARELLA, BYRNE, CECCHI,
OLSTEIN, BRODY & AGNELLO
5 Becker Farm Road
Roseland, NJ  07068

*Attorneys for Plaintiff Nissim Botton*

COUNSEL:

PLEASE TAKE NOTICE that on Monday, August 15, 2011 at 10:00 a.m., or as soon thereafter as counsel may be heard, Defendants Ness Technologies Inc., Satyam C. Cherukuri, Issachar "Sachi" Gerlitz, Morris Wolfson, Dan S. Suesskind, P. Howard Edelstein and Gabriel Eichler (collectively, the "Ness Defendants"), through their counsel Skadden, Arps, Slate, Meagher & Flom LLP, will move before the Honorable Stanley R. Chesler, United States District Judge, at the M.L. King, Jr. Federal Building & Courthouse, 50 Walnut Street, Newark, New Jersey 07101, for an order dismissing this action with prejudice pursuant to Federal Rule of Civil Procedure 12(b)(1) and (6).

PLEASE TAKE FURTHER NOTICE that in support of their motion, Ness Defendants will rely on the Memorandum of Law in Support of the Ness Defendants' Motion to Dismiss; Certification of Andrew Muscato in Support of the Ness Defendants' Motion to Dismiss and exhibits thereto; and such other papers as may be filed in support of this motion.  A proposed order is also submitted herewith.

PLEASE TAKE FURTHER NOTICE that oral argument is hereby requested on the motion.

|  |  |
|---|---|
|  | /s/ Andrew Muscato |
|  | Robert J. Del Tufo |
|  | Andrew Muscato |
|  | SKADDEN, ARPS, SLATE, |
|  |   MEAGHER & FLOM LLP |
|  | (A Delaware Limited Liability Partnership) |
|  | Four Times Square |
|  | New York, New York  10036 |
|  | Tel.:  (212) 735-3000 |
|  | Fax:  (212) 735-2000 |
| **OF COUNSEL:** |  |
| John D. Donovan, Jr. | Edward P. Welch |
| Brendon O. Carrington | Robert S. Saunders |
| ROPES & GRAY LLP | Ronald N. Brown, III |
| Prudential Tower | Arthur R. Bookout |
| 8000 Boylston Street | SKADDEN, ARPS, SLATE, |
| Boston, Massachusetts  02199-3600 |   MEAGHER & FLOM LLP |
| Tel.:  (617) 951-7566 | One Rodney Square |
| Fax:  (617) 235-0023 | P.O. Box 636 |
|  | Wilmington, Delaware  19899-0636 |
| *Attorneys for Defendants* | Tel.:  (302) 651-3000 |
| *Satyam C. Cherukuri, P. Howard Edelstein* | Fax:  (302) 651-3001 |
| *and Morris Wolfson* |  |
|  | *Attorneys for Defendants Ness Technologies* |
|  | *Inc., Satyam C. Cherukuri, Issachar "Sachi"* |
|  | *Gerlitz, Morris Wolfson, Dan S. Suesskind,* |
|  | *P. Howard Edelstein and Gabriel Eichler* |

DATED:  July 21, 2011